

# Fourth Court of Appeals
## San Antonio, Texas

August 6, 2018

No. 04-18-00476-CV

**IN THE INTEREST OF N.P., A CHILD,**

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2017PA00010
Honorable Solomon Casseb III, Judge Presiding

## O R D E R

Appellant has filed a Motion to Supplement Appellate Record in which appellant points out the trial clerk's record does not contain a copy of the final order in the underlying case. Our review of the trial clerk's record indicates appellant is correct. Accordingly, we ORDER the trial court clerk to, on or before **August 13, 2018,** supplement the appellate record with the final order in the underlying case or provide a response as to why the appellate record cannot be so supplemented.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of August, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court